[No. 13375–6–I. Division One. January 6, 1986.]

*In the Matter of the Marriage of* IRIS L. PALMER, *Appellant, and* DARROL V. PALMER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–41858, Stephen M. Gaddis, J. Pro Tem., entered April 18, 1983. *Remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.

[No. 12977–5–I. Division One. January 6, 1986.]

JOHN FOSTER, ET AL, *Appellants,* v. THOMAS MCCARTHY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–04193–9, Robert E. Dixon, J., entered March 4, 1983. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Ringold, JJ.

[No. 12999–6–I. Division One. January 6, 1986.]

FEDERAL WAY PROPERTIES, LTD. II, *Appellant,* v. SHATO DEVELOPMENTS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–11581–9, Peter K. Steere, J., entered March 4, 1983. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster, J., and Cole, J. Pro Tem.